IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BANK OF AMERICA, N.A., )
et al. )
) NO. 3-15-0184
v. ) JUDGE CAMPBELL
)
DAWN F. MYERS, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 57), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss (Docket No. 45) filed by Plaintiff and Counter-Defendant Bank of America, Defendant Mortgage Electronic Registration Systems, Inc., and Defendant U.S. Bank as Trustee for Ginnie Mae is GRANTED, and Defendant/Counter-Plaintiff's Counter-Complaint (Docket No. 1-1) is DISMISSED.

All other claims having been dismissed, the Clerk is directed to close this file. Any other pending Motions are denied as moot. The pretrial conference set for October 3, 2016, and the bench trial set for October 11, 2016, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE